AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Richard E. Clark

                V.

Hamilton County Ohio, et al.,

Case Number: 1:01-cv-00846

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | OCTOBER 29, 2003 at 10:00 AM |

SPECIAL INSTRUCTIONS:

KENNETH J. MURPHY, CLERK

s/ Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Alphonse Gerhardstein, Esq.    Paul Laufman, Esq.    David Stevenson, Esq.    Susan Gertz, Esq.