UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RICHARD CLARK,** | : | Case No. C-1-01-846 |
| | : | |
| Plaintiff, | : | **Judge Spiegel** |
| | : | |
| vs. | : | |
| | : | PLAINTIFF'S NOTICE OF FILING |
| **HAMILTON COUNTY, et al.,** | : | DOCUMENTS UNDER SEAL IN |
| | : | SUPPORT OF PLAINTIFF'S |
| Defendants. | : | MEMORANDUM IN OPPOSITION |
| | : | TO MOTION FOR SUMMARY |
| | : | JUDGMENT FILED BY |
| | : | DEFENDANTS CORRECTIONAL |
| | : | MEDICAL SERVICES AND |
| | : | <u>HELEN KOHN (DOC. 15)</u> |
| | : | |

Plaintiff has filed a Memorandum in Opposition to Motion for Summary Judgment Filed by Defendants Correctional Medical Services and Helen Kohn ("Memorandum in Opposition") contemporaneous to this pleading. Plaintiff's Memorandum in Opposition relies in part upon medical records of John Harris. (Ex. A-R). These records are of a sensitive and confidential nature and are arguably subject to the Protective Order which the Court issued on August 4, 2003. (Doc. 14). These documents are therefore filed attached hereto under seal.

                                                                  **Respectfully submitted,**

                                                                    s/ Alphonse A. Gerhardstein
                                                          Alphonse A. Gerhardstein (0032053)
                                                          Trial Attorney for Plaintiffs
                                                          Paul M. Laufman (0066667)
                                                          Attorney for Plaintiffs
                                                          1409 Enquirer Building
                                                          617 Vine Street
                                                          Cincinnati, Ohio 45202
                                                          (513) 621-9100
                                                          agerhardstein@laufgerhard.com
                                                          plaufman@laufgerhard.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2003, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                       _s/ Alphonse A. Gerhardstein_