AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Richard E. Clark

                              Case Number:   1:01-cv-00846

      V.

Hamilton County Ohio, et al.,          Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been RESET from 10/29/03 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>FEBRUARY 4, 2004 at 2:00 PM |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority.**

                                              KENNETH J. MURPHY, CLERK

                                              s/Kevin Moser
                                              Kevin Moser
                                              Case Manager
                                              (513) 564-7620

cc: Alphonse Gerhardstein, Esq.   Paul Laufman, Esq.   David Stevenson, Esq.   Susan Gertz, Esq.