FILED
KENNETH J. MURPHY
CLERK

03 NOV 20 AM 11:56

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD E. CLARK, | : | CASE NO. C-1-01-846 |
| **Plaintiff** | : | |
| | : | JUDGE SPIEGEL |
| vs. | : | |
| HAMILTON COUNTY, OHIO, et al. | : | **NOTICE OF MANUALLY FILING THE DEPOSITION OF JEFF EISER** |
| | : | |
| **Defendants** | | |

Now comes Defendant, by and through counsel, and hereby gives Notice of Manually Filing the Deposition of Jeff Eiser taken July 10, 2003.

Respectfully submitted,

MICHAEL K. ALLEN
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO

_____
David T. Stevenson, 0030014
Susan Marie Gertz, 0065319
Assistant Prosecuting Attorneys
Hamilton County, Ohio
230 E. Ninth Street, Suite 4000
Cincinnati, Ohio 45202-2151
513/946-3120 (Stevenson)
513/946-3027 (Gertz)
FAX 513/946-3018

TRIAL ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this 20th day of November 2003, by regular U.S. Mail to the following:

Alphonse A. Gerhardstein, Esq.
Paul M. Laufman, Esq.
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202

Vincent J. Lodico, Esq.
500 South Front Street, Ste. 1200
Columbus, Ohio 43215

_____
David T. Stevenson, 0030014
Assistant Prosecuting Attorney