

FILED
KENNETH J. MURPHY
CLERK

03 NOV 21 PM 3: 16

DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

RICHARD E. CLARK,          :     Case No.  C-1-01-846
                         :
     Plaintiff        :     JUDGE SPIEGEL
                         :
     v.            :
                         :     **NOTICE OF DEFENDANT**
HAMILTON COUNTY OHIO, et al.  :     **MANUALLY FILING**
                         :     **ATTACHMENTS**
     Defendants.     :
                         :


**MEMORANDUM**


On Friday, November 21, 2003 Defendant electronically filed a Motion for Summary Judgment regarding the above captioned matter. The attachments referred to in said Motion are voluminous and it is not reasonable to require all attachments to be filed electronically with the United States District Court via CM/ECF. The attachments consist of an Affidavit with exhibits and extracts from two (2) depositions which are in excess of one hundred (100) pages. Therefore, Defendant requests leave to manually file the attachments referred to in Defendant's Motion for Summary Judgment.

Respectfully submitted,

David T. Stevenson, (0030014)
Susan Marie Gertz, (0065319)
Assistant Prosecuting Attorneys
230 E. Ninth Street, Suite 4000
Cincinnati, Ohio 45202
513/ 946-4000 - Telephone
513/946-3018 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion with attached exhibits has been served this 21st day of November, 2003, by regular U.S. Mail to the following:

Alphonse A. Gerhardstein, Esq.
Paul M. Laufman, Esq.
1409 Enquirer Building
617 Vine Street
Cincinnati, Ohio 45202

Vincent J. Lodico, Esq.
500 South Front Street, Ste. 1200
Columbus, Ohio 43215

David T. Stevenson (0030014)
Assistant Prosecuting Attorney